# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 10, 2017

Stephen J. Markman,
*Chief Justice*

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
*Justices*

153830(75)

RONNIE DANCER and ANNETTE DANCER,
     Plaintiffs-Appellees,

v

CLARK CONSTRUCTION COMPANY, INC.,
     Defendant-Appellant,
and

BETTER BUILT CONSTRUCTION SERVICES,
INC.,
     Defendant-Appellee.
_____/

SC: 153830
COA: 324314
Kalamazoo CC: 2012-000571-NO

On order of the Chief Justice, the motion of defendant-appellee to file a supplemental brief in support of the application for leave to appeal in No. 153830 is GRANTED. The supplemental brief submitted on February 1, 2016, is accepted for filing. The motion of defendant-appellee to participate in oral arguments is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

_____February 10, 2017_____



Clerk